# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROWEN A. SEIBEL; LLTQ
ENTERPRISES, LLC; LLTQ
ENTERPRISES 16, LLC; FERG, LLC;
FERG 16, LLC; MOTI PARTNERS, LLC;
MOTI PARTNERS 16, LLC; TPOV
ENTERPRISES, LLC; TPOV 16
ENTERPRISES, LLC; AND DNT
ACQUISTION, LLC, APPEARING
DERIVATIVELY BY ONE OF ITS TWO
MEMBERS, R SQUARED GLOBAL
SOLUTIONS, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
    and
DESERT PALACE, INC.; PARIS LAS
VEGAS OPERATING COMPANY, LLC;
PHWLV, LLC; AND BOARDWALK
REGENCY CORPORATION, D/B/A
CAESARS ATLANTIC CITY,
Real Parties in Interest.

No. 76118

FILED

JUN 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging the denial of a motion to dismiss in a contract action.

Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention

19- 24810

is warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                        Hardesty

_____, J.          _____, J.
Parraguirre                                     Stiglich

_____, J.          _____, J.
Cadish                                           Silver

cc:    Hon. Joseph Hardy, Jr., District Judge
       Barack Ferrazzano Kirschbaum & Nagelberg
       Certilman Balin Adler & Hyman
       Adelman & Gettleman
       Pisanelli Bice, PLLC
       Eighth Judicial District Court Clerk